AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**08/26/2019**
**Clerk, U.S. District Court**
**Western District of Texas**

By:_____ **RRV** _____

**Deputy**

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:19-M -08089(1) - MAT |
| | § | |
| (1) ELMER DANEXIS AGUILAR-ACOSTA AKA:JORGE MELENDEZ-AGUILAR | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 24, 2019** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, and was found in the United States after having been previously excluded, deported, and removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title        **8**        United States Code, Section(s)        **1326**

.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

*"The DEFENDANT, , Elmer Danexis AGUILAR-Acosta, an alien to the United States and a citizen of Honduras, was found at the United States Border Patrol checkpoint on I-10 east mile marker 102.5, near Sierra Blanca, Texas, in the Western*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Juarez, Enrique B
Border Patrol Agent

08/26/2019
File Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - EP:19-M -08089(1)

WESTERN DISTRICT OF TEXAS

(1) ELMER DANEXIS AGUILAR-ACOSTA AKA:JORGE MELENDEZ-AGUILAR

FACTS   (CONTINUED)

District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Honduras, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Honduras on February 24, 2017, through Harlingen, Texas. The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 5 time(s), the last one being to HONDURAS on February 24, 2017, through HARLINGEN, TX


CRIMINAL HISTORY:
09/11/1997, Multnomah County Circuit Court, Controlled substance offence-delivery(F), CNV, 36 Months probation.
04/13/2000, Multnomah County Circuit Court, Disroderly Conduct(M), CNV, $694 Fine.